Williams and Durham, JJ.

[No. 8851–3–I.  Division One.  June 15, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JONATHON
H. E. JACKSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00516–9, Jack P. Scholfield, J., entered
May 5, 1980. *Affirmed* by unpublished opinion per Callow,
J., concurred in by James, C.J., and Andersen, J.

[No. 8903–0–I.  Division One.  June 15, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JONATHON
H. E. JACKSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 78039, Jack P. Scholfield, J., entered May 5,
1980. *Affirmed* by unpublished opinion per Callow, J., con-
curred in by James, C.J., and Andersen, J.

[Nos. 9199–9–I; 9210–3–I.  Division One.  June 15, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
LEE ALLAN, *Appellant.*

Appeals from judgments of the Superior Court for King
County, Nos. 54884, 71201, Shannon Wetherall, J., entered
August 8 and July 18, 1980. *Reversed* and *remanded* by